**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 19-CV-25334-WILLIAMS**

DAVID TYRONNE FRAZIER,

     Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on (DE 18) Magistrate Judge Edwin G. Torres' Report and Recommendation ("Report"). In the Report, Judge Torres recommends that Plaintiff's motion for summary judgment (DE 14) be denied, and that Defendant's motion for summary judgment (DE 15) be granted. Plaintiff filed objections to the Report (DE 19) and Defendant filed a response (DE 20). Based upon an independent review of the Report and the full record in this case, the Court **ORDERS AND ADJUDGES** that:

1. Judge Torres' Report (DE 18) is **ADOPTED AND AFFIRMED.**

2. Plaintiff's motion for summary judgment (DE 14) is **DENIED**.

3. Defendant's motion for summary judgment (DE 15) is **GRANTED**.

4. The decision of the Administrative Law Judge is **AFFIRMED**.

5. This action is **DISMISSED**. The Clerk of the Court is directed to **CLOSE** this case.

      **DONE AND ORDERED** in chambers in Miami, Florida this <u>29th</u> day of January, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE